1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAMION BROWN,                              No.  2:16-cv-1873 CKD P

12              Plaintiff,

13        v.                                    ORDER

14   C/O W. RAFFERTY,

15              Defendant.

16

17        By order filed September 22, 2016, plaintiff's complaint was dismissed and plaintiff was

18   granted thirty days leave to file an amended complaint.  (ECF No. 11.)  Plaintiff was advised that

19   failure to amend would result in dismissal of this action.  (Id.)

20        Subsequently, plaintiff was granted a 30-day extension of time to file an amended

21   complaint (ECF No. 15), followed by a 45-day extension of time to file an amended complaint.

22   (ECF No. 18.)  Both periods have now expired, and plaintiff has not filed an amended complaint.

23   Plaintiff has consented to Magistrate Judge jurisdiction to conduct all proceedings in this action.

24   (ECF No. 9.)

25   ////

26   ////

27   ////

28   ////

                                               1

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2    See Local Rule 110; Fed. R. Civ. P. 41(b).

3    Dated:  January 30, 2017

4                                                                    _____
                                                              CAROLYN K. DELANEY
5                                                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9    2 / brow1873.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28